```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
CARMEN TAVAREZ-VARGAS,                                                 :
                                                                       :
                              Plaintiff,                               :
                                                                       :            21 Civ. 9959 (JPC)
            -v-                                                        :
                                                                       :                 ORDER
NOUHAUS, INC.,                                                         :
                                                                       :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On June 14, 2022, the Court ordered the parties to file dismissal papers, or in the alternative, a status letter by July 8, 2022.  Dkt. 21.  The Court has not received any submission from the parties.  The deadline to comply with the Court's Order is extended *sua sponte* to August 8, 2022.

SO ORDERED.

Dated:  July 25, 2022
        New York, New York

                                                         JOHN P. CRONAN
                                          United States District Judge